**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

        -against-                             ORDER

ANGEL SEPULVEDA,                   15 Crim. 487-7 (GBD)
                                                           15 Crim. 217-1 (GBD)

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled to occur on October 12, 2021 is adjourned to December 14, 2021 at 10:00am.

Dated: October 6, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE