UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

ANGEL SEPULVEDA,

Defendant.

------------------------------------- x

ORDER

(S6) 15 Crim. 487-7 (GBD)
15 Crim. 217-1 (GBD)

DEC 0 9 2021

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled to occur on December 14, 2021 is cancelled.

Dated: December 8, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE