**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ANGEL SEPULVEDA,

                  Defendant.

------------------------------------- x

ORDER

15 Crim. 217-1 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: FEB 16 2022*

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the letter motion at ECF No. 70.

Dated: February 16, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE